**BOYD v. DRUM**

[350 N.C. 90 (1999)]

WAYNE JACK BOYD AND LINDA BOYD v. EZRA B. DRUM, JESSIE S. DRUM, BALLS
CREEK SALVAGE CO., INC., JAMES G. READ AND BALLS CREEK SALVAGE
CO. AUTO DISMANTLERS & RECYCLERS, INC.

No. 261A98

(Filed 4 March 1999)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the
decision of a divided panel of the Court of Appeals, 129 N.C. App. 586,
501 S.E.2d 91 (1998), affirming a judgment entered by Baker, J., on 11
March 1997 in Superior Court, Catawba County. Heard in the
Supreme Court 8 February 1999.

*Ruff, Bond, Cobb, Wake & Bethune, L.L.P., by Robert S. Adden,
Jr., for plaintiff-appellants.*

*Waddell, Mullinax & Williams, L.L.P., by Lewis E. Waddell, Jr.,
for defendant-appellees Ezra and Jessie Drum and Balls Creek
Salvage Co., Inc.*

PER CURIAM.

AFFIRMED.